UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARGO J. LLOYD, individually,

    Plaintiff,

    v.

VALLEY FORGE LIFE INSURANCE COMPANY, a foreign insurance company doing business in Washington,

    Defendant.

Case No. C06-5325 FDB

ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF KING COUNTY MEDICAL EXAMINER'S FILE

    This matter comes before the Court on Plaintiff's motion to compel production of King County Medical Examiner's file regarding the autopsy records of Alvin Maurice Lloyd, deceased husband of Plaintiff Margo Lloyd. After reviewing all materials submitted by the parties and relied upon for authority, the Court is fully informed and hereby finds there is just cause for release of the autopsy records for Alvin Maurice Lloyd pursuant to RCW 68.50.102.

    ACCORDINGLY,

    IT IS HEREBY ORDERED:

    The King County Medical Examiner's Office shall release to Plaintiff no later than 14 days following entry of this Order, the autopsy records for Alvin Maurice Lloyd. Plaintiff shall pay the

ORDER - 1

1 | costs incurred in obtaining the records.

2 | DATED this 17th day of November, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

26 | ORDER - 2