# United States District Court
WESTERN DISTRICT OF WASHINGTON

MARGO J. LLOYD,
 Individually

      PLAINTIFF

          v.

VALLEY FORGE LIFE INSURANCE
COMPANY, a foreign insurance
company doing business in Washington,,

      DEFENDANT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5325FDB

____    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Cross Motion for Summary Judgment (Dkt. #71) is GRANTED and Plaintiff's cause of action DISMISSED WITH PREJUDICE.

Plaintiff's Motion for Summary Judgment (Dkt.54) is DENIED.

All additional pending motions are deemed MOOT in light of this Order and stricken from the Court's calendar.


July 24, 2007                                                                                      BRUCE RIFKIN
                                                                                                                                       Clerk

                                                                                                                                   /s/  Pat Lefrois
                                                                                                                     Deputy Clerk